IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:12CR3017** |
| vs. | |
| DAVID J. CARBAJAL, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing date (filing 64) is granted.

2. Defendant David J. Carbajal's sentencing is continued to Friday, May 2, 2014, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of January, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge