IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DAVID J. CARBAJAL,<br><br>                    Defendant. | 4:12CR3017<br><br>**ORDER** |

   Defendant's retained counsel, Christopher Roth, has moved to withdraw. (Filing No. 68). The court's record reflects neither the entry of appearance by new counsel for the defendant, nor a request for appointed counsel filed by the defendant. A criminal defendant must be represented by counsel throughout all stages of a case.

   Accordingly,

   IT IS ORDERED that Defense counsel's motion to withdraw, (Filing No. 68), is denied without prejudice to re-filing upon the filing of either an entry of appearance of new counsel or a motion to appoint counsel with a supporting financial affidavit.

   May 5, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge